**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-62 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| VICTOR CORONADO-HERNANDEZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This case is before the Court upon the Government's Motion for Revocation of the Order of the Conditions of Release.  (Doc. #13).  The Government requests that the Court revoke the Release Order and order the detention of Defendant before trial.  *Id.*

Based upon the Motion of the Government, and in light of the ICE detainer on Defendant, the Court finds by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure Defendant's appearance as required and/or the safety of the community.

The Government's Motion for Revocation of the Order of the Conditions of Release (Doc. #13), therefore, is **GRANTED.**

Accordingly, it is hereby **ORDERED** that:

1.  The Defendant be committed to the custody of the Attorney General of the United States for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On Order of a Court of the United States, or upon request of an attorney for the United States, the person in charge of the facility in which the Defendant is confined deliver the Defendant to a United States Marshal or his deputy for the purpose of an appearance in connection with a court proceeding.

Defendants who appeal to a United States District Judge from this Order must, at the same time as filing the appeal, order a transcript of the detention hearing.

**IT IS SO ORDERED.**

June 18, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge