UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

VICTOR CORONADO-HERNANDEZ,

      Defendant.

Case No. 3:26-cr-62

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 7); (2) TERMINATING AS MOOT THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 15); AND (3) INSTRUCTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 4) FORWARD**

---

In the absence of a memorandum in opposition, or other response, by Defendant, the Court **GRANTS** the Government's motion to unseal this case from the Indictment forward.  Doc. No. 7. The Government's subsequent motion to unseal this case (Doc. No. 15) is **TERMINATED** as moot.  The Clerk of Court is **INSTRUCTED** to unseal the case from the Indictment (Doc. No. 4) forward.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

      **IT IS SO ORDERED.**

July 13, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge